WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **GLORIA JEAN ROBINSON,** | Case No. 3:11-cv-00174-BR |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $4,063.32 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 10 day of april, 2012.

_____
United States District Judge

Submitted on April 9, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1